IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JEFFREY RAY                                                                                              PLAINTIFF

v.                                          CASE NO. 3:15-CV-00092 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration                                                        DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, it is CONSIDERED, ORDERED and ADJUDGED that judgment be entered for the Plaintiff, reversing the decision of the Commissioner and remanding this case for further evaluation consistent with the findings of the Court.

SO ADJUDGED this 30th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE